UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELBA GLADYS PACA QUIZHPHI, *on behalf of himself and others similarly situated*,

                    Plaintiff,

– *against* –

SPA MANAGEMENT SERVICE INC., 243 WILLIS NAILS INC., SON DINH TRAN, *and* ANH DIEP DO,

                    Defendants.

**ORDER**

23-cv-906 (ER)

Ramos, D.J.:

    At the initial conference held on April 10, 2024, the Court directed Plaintiff to submit a status letter advising the Court how the case should proceed by May 10, 2024. Plaintiff has not yet submitted this letter.

    Plaintiff is now directed to submit the status letter by no later than July 17, 2024. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   July 9, 2024
           New York, New York

                                            EDGARDO RAMOS, U.S.D.J.