UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELBA GLADYS PACA QUIZHPHI, *on behalf of himself and others similarly situated*,

                Plaintiff,

– *against* –

SPA MANAGEMENT SERVICE INC., 243 WILLIS NAILS INC., SON DINH TRAN, *and* ANH DIEP DO,

                Defendants.

**ORDER**

23-cv-906 (ER)

Ramos, D.J.:

    The Court was informed on July 30, 2025 that agreement was reached on all issues at the court-ordered mediation. Doc. 27. The parties are directed to submit their settlement agreement for Court review within two weeks pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015).

    It is SO ORDERED.

Dated:   July 31, 2025
           New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.