

**STEPHEN D. HANS & ASSOCIATES, P.C.**
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

**MEMO ENDORSED**

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

September 10, 2025

**Via ECF:**
Hon. Edgardo Ramos, U.S.D.J
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The parties' request is granted. The parties are directed to submit their settlement agreement for Court review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) by October 8, 2025.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: September 10, 2025
> New York, New York

Re:   **Quizhpi et al v. Spa Management Service Inc. et al.**
      **Case No. 1:23-cv-00906-ER**

Dear Judge Ramos:

Our office represents the Defendants in the above-referenced matter. ~~With the~~ consent of Plaintiffs' counsel, we respectfully request an extension to file the Settlement Agreement. This is our second request for an extension.

[margin annotation: Edgardo Ramos, U.S.D.J.]

The Court's order dated August 13, 2025, set today as the deadline for filing the Settlement Agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). My client has submitted loan applications to several locations and lending institutions. However, due to a substantial amount of documentation required by the banks, the approval process is taking longer than anticipated.

We are currently unable to file the settlement agreement, as my client's loan approval remains pending. As such, we respectfully request a 30-day extension, through October 8, 2025, to file the necessary settlement documents. We believe this additional time will be sufficient.

We thank the Court for its consideration on this matter, and we remain available to provide any additional information necessary.

Respectfully Submitted,

/s/Stephen Hans
Stephen D. Hans, Esq. (SH-0798)

www.hansassociates.com