UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELBA GLADYS PACA QUIZHPHI *and* DELIA SARA PACA QUIZHPI, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

– against –

SPA MANAGEMENT SERVICE INC., 243 WILLIS NAILS INC., SON DINH TRAN, *and* ANH DIEP DO,

                Defendants.

**ORDER**

23-cv-906 (ER)

Ramos, D.J.:

    The Court granted the parties' request on September 10, 2025 for an extension to submit their settlement agreement by October 8, 2025 for Court review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  Doc. 32.  It was the second such request that the Court granted.  *See* Doc. 30.  The parties did not submit their settlement agreement by the October 8, 2025 deadline.  The parties are directed again to submit their settlement agreement for Court review by October 17, 2025.

    It is SO ORDERED.

Dated:   October 10, 2025
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.