UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
ELBA GLADYS PACA QUIZHPI and DELIA SARA PACA
QUIZHPI, individually and on behalf of all others similarly
situated,

                                Plaintiffs,                       **~~PROPOSED~~ JUDGMENT ORDER**

   -against-                                                   **1:23-cv-00906-ER**

SPA MANAGEMENT SERVICE INC., 243 WILLIS NAILS
INC. and SON DINH TRAN and ANH DIEP DO, as individuals,

                               Defendants.
------------------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 20, 2025 and Defendants, SPA MANAGEMENT SERVICE INC., 243 WILLIS NAILS INC. and SON DINH TRAN and ANH DIEP DO, as individuals, having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs ELBA GLADYS PACA QUIZHPI and DELIA SARA PACA QUIZHPI in the amount of **Ninety Thousand Dollars ($90,000.00)**, inclusive of all of Plaintiffs' claims for relief, damages alleged or incurred to date, costs, and attorneys' fees;

      It is ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs ELBA GLADYS PACA QUIZHPI and DELIA SARA PACA QUIZHPI and against Defendants, SPA MANAGEMENT SERVICE INC., 243 WILLIS NAILS INC. and SON DINH TRAN and ANH DIEP DO, as individuals, in the amount of **Ninety Thousand Dollars ($90,000.00)**, inclusive of all of Plaintiffs' claims for relief, alleged damages, costs, and attorneys' fees incurred to date.

Dated:   October 21, 2025
        New York, New York

                                                          Edgardo Ramos, U.S.D.J.